IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

In re: CASE NO: 10-50601
) Chapter 13
Jessie Lee Goodman
)

)
Debtor(s). Judge Marilyn Shea-Stonum
)
MODIFICATION OF PLAN
PRIOR TO CONFIRMATION

Now comes the above-captioned debtor, by and through the undersigned counsel, who hereby modifies her chapter 13 plan prior to its confirmation so as to provide for the payment of the claim of Rent-A-Center, if any, as a general unsecured claim at the rate of 7% as is provided for in the plan for other general unsecured creditors. The debtor estimates that the amount of this claim as of March, 2009 is $406.00. The debtor further rejects the unexpired portion of her rental agreement owed to this creditor and avers that the property rented from Rent-A-Center, a television set, was stolen.

Respectfully Submitted,

/s/ Robert M. Whittington, Jr.
_____
Robert M. Whittington, Jr. 0007851
Elk, Elk & Whittington
159 S. Main St.
Akron, OH 44308
Voice (330) 384 8484
Fax (330) 384 8953
E-mail elkwhitt@neo.rr.com

## NOTICE OF HEARING

A hearing on confirmation of the debtor's modified chapter 13 plan, as set forth above, shall be held on May 6, 2010 at 1:30 p.m. in room 260, Federal Building, 2 S. Main St., Akron, Ohio 44308. Any objections to confirmation of the modified plan must be in writing and filed with the Clerk of the Bankruptcy Court prior to this hearing at room 455 Federal Building, 2 S. Main St., Akron, Ohio 44308 and copies of the objections must be served upon the chapter 13 trustee and the debtor's counsel prior to this hearing.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing modification of the debtor's plan, a blank proof of claim form with instruction for its completion, a copy of the debtor's chapter 13 plan and a copy of the notice of commencement of chapter 13 case and deadlines were served by ordinary U.S. Mail, postage prepaid, this 28th day of April, 2010 upon Rent-A-Center, 1360 S. Arlington St., Akron, Ohio 44306 and by electronic ECF notification to the chapter 13 trustee and to the U.S. Trustee.

/s/ Robert M. Whittington, Jr.